UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE <br><br> Defendant | Civil Action No. 1:06CV00934 RJL |

**PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING**

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On May 23, 2006, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

    UNITED STATES POSTAL SERVICE
    475 L'ENFANT PLZ SW
    WASHINGTON DC 20260
    Certified Mail No.:    7004 2510 0001 0159 7493

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2006

_____
Patricia Anne Dowling

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brady_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Broadus_  C. Date of Delivery _5/23/06_ |
| 1. Article Addressed to:<br>UNITED STATES POSTAL SERVICE<br>475 L'ENFANT PLZ SW<br>WASHINGTON DC 20260 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0159 7493 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BRENDA C. ZWACK          25-397-06/15-164 InitFilingUSPSsummonsLTR.wpd 5/17/06
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

MAY 25 2006