UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE <br><br> Defendant | ) ) ) ) ) ) ) ) Civil Action No. 1:06CV00934 RJL ) ) ) ) ) ) |

**PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING**

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On May 22, 2006, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

> CIVIL PROCESS CLERK AT
> OFFICE OF UNITED STATES ATTORNEY
> DISTRICT OF COLUMBIA
> 555 4TH ST NW
> WASHINGTON DC 20001
> Certified Mail No.:   7004 2510 0001 0159 7509

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 2, 2006

_____
Patricia Anne Dowling

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery  5/22/06<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>CIVIL PROCESS CLERK AT<br>OFFICE OF UNITED STATES ATTORNEY<br>DISTRICT OF COLUMBIA<br>555 4TH ST NW<br>WASHINGTON DC 20001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7004 2510 0001 0159 7509 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE  SUBURBAN P&DC  MD 20[...]    First-Class Mail  Postage & Fees Paid  USPS  Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BRENDA C. ZWACK   25-397-06/15-164 InitFilingUSPSsummonsL.TR.wpd
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

MAY 2 3 2006