UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>  Plaintiff<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00934(RJL)<br>)<br>)<br>)<br>)<br>) |

### ANSWER OF DEFENDANT UNITED STATES POSTAL SERVICE

Defendant, United States Postal Service ("USPS"), by and through its undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff has failed to state a cause of action for which relief may be granted.

### SECOND DEFENSE

Defendant reserves the right to assert affirmatively any other matter that constitutes an avoidance or affirmance under Fed. R. Civ. P. 8(c).

### THIRD DEFENSE

In response to the numbered paragraphs of the Complaint, and without waiving all applicable defenses, Defendant admits, denies or avers as follows:

1. The allegation contained in paragraph 1 is Plaintiff's characterization of this action to which no answer is required. To the extent that the paragraph is deemed to contain allegations of fact, they are denied.

2. The allegations contained in paragraph 2 are conclusions of law to which answers are not required. To the extent that the paragraph is deemed to contain allegations of fact, they are denied.

3. This paragraph sets forth Plaintiff's allegations regarding venue to which no answer is required; to the extent that the paragraph is deemed to contain allegations of fact, they are denied.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied that the quoted language of the November 28, 2005 arbitration award appearing in this paragraph constitutes the relevant or "pertinent part" of the arbitrator's final award. However, admitted that a portion of the language contained in the November 28, 2005 arbitration award is quoted in this paragraph 8.

9. Admitted.

10. Admitted.

11. Denied that plaintiff filed a grievance seeking to enforce the November 28, 2005 arbitration award. Otherwise, admitted.

12. Denied.

13. Denied.

Plaintiff's request for relief does not require an answer.  To the extent that the prayer for relief is deemed to contain allegations of fact, they are denied and Defendant avers that Plaintiff is not entitled to the requested relief.  Defendant further denies that the arbitration award "...direct[ed] the Postal Service to make all impacted bargaining unit members whole for any and all losses sustained on account of its failure to comply with the award described in paragraph 8, plus interest," as alleged in subparagraph (2) of the prayer for relief.  The relevant language actually provides: "The amount of bargaining unit work improperly assigned to supervisors is not evident from the facts presented.  In these circumstances, an award of back pay would be particularly problematic and would not be fair."  Defendant further denies that Plaintiff is entitled to the requested relief described in subparagraph (2) of the prayer demanding "the Postal Service to return all duties directly associated with the new TACS technology, currently being performed by supervisors[,] to the clerk craft," as the arbitrator did not so order.  Rather, Defendant avers that the arbitration award pertains only to the duties of one employee at one postal facility located in Renton, Washington, and does not apply to any other postal facility.

WHEREFORE, having fully answered, Defendant requests this Court enter judgment in favor of Defendant, and grant Defendant costs, and such other relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Kenneth L. Wainstein /dch
_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/ Rudolph Contreras /dch
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____

Of counsel:  BEVERLY M. RUSSELL, D.C. Bar #454257
H. Alexander Manuel  Assistant United States Attorney
United States Postal Service  U.S. Attorney's Office, District of Columbia
555 Fourth St., N.W., Room E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Answer of Defendant United States Postal Service* was sent by the Court's Electronic Case Filing System to counsel for Plaintiff:

Lee W. Jackson, Esq.
O'Donnell, Schwartz & Anderson
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

on this <u>21st</u> day of July, 2006.

                                                /s/ Beverly M. Russell
                                                _____
                                                BEVERLY M. RUSSELL
                                                Assistant United States Attorney