UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C.  20005,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C.  20260,<br><br>       Defendant. | Civil Action No. 06cv934 (RJL) |

## **PRAECIPE**

Brenda C. Zwack of O'Donnell, Schwartz & Anderson, P.C. hereby enters her appearance as counsel for the plaintiff American Postal Workers Union, AFL-CIO in the above captioned cause of action.  Undersigned counsel respectfully requests that she be served with all future pleadings through the Court's electronic case filing system.

                                                   Respectfully submitted,

                                                   O'DONNELL, SCHWARTZ & ANDERSON, P.C.

Date:   July 31, 2006                    By:    /s/: Brenda C. Zwack
                                                     Brenda C. Zwack (DC Bar No. 482673)
                                                       bzwack@odsalaw.com
                                                     1300 L Street, N.W., Suite 1200
                                                     Washington, D.C. 20005
                                                     (202) 898-1707/ fax: (202) 682-9276

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe was sent by the Court's Electronic Case Filing System, this 31st day of July, 2006, to:

Beverly M. Russell
Assistant U.S. Attorney
Office of the United States Attorney for the
District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530

/s/:  Brenda C. Zwack
Brenda C. Zwack