UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Case No. 06-CV-934 (RJL) |

**JOINT LOCAL CIVIL RULE 16.3 STATEMENT**

The parties, the American Postal Workers Union, AFL-CIO ("APWU") and the United States Postal Service ("USPS"), come now jointly to submit a statement of exemption from the requirements of Federal Rules of Civil Procedure 16 (b), 26 (a)(1)(E) and 26 (f) and from Rule 16.3 of the Local Civil Rules of Procedure. In accordance with the Court's Case Management Order of May 26, 2006, the parties hereby jointly submit a proposed a scheduling timeline.

This is a suit to enforce an arbitrator's award issued under the authority of a collective bargaining agreement between the parties. Rule 16.3 (b)(8) of the Local Civil Rules of Procedure specifically provides that an action to enforce an arbitration award is exempt from the requirements of Federal Rules of Civil Procedure 16 (b), 26 (a)(1)(E) and 26 (f) and from Rule 16.3 of the Local Civil Rules of Procedure.

On August 22, 2006, undersigned counsel for the parties conferred by telephone and reached agreement on the following issues:

1.  We are in agreement that this matter is likely to be resolved by dispositive motions.

2. We propose that the APWU will file an initial dispositive motion on October 9, 2006, and the USPS will file a response and any appropriate cross-motion by November 22, 2006. If the APWU wishes to file a reply, it will be due on December 8, 2006.

3. We agree that we do not anticipate that it will be necessary to appear before the Court prior to resolution of the dispositive motions.

Date:   September 6, 2006                    Respectfully submitted,

By:   /s/: Brenda C. Zwack
Brenda C. Zwack (D.C. Bar No. 482673)
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
(202) 898-1707/Fax (202) 682-9276
bzwack@odsalaw.com

*Counsel for the American Postal Workers Union, AFL-CIO*

By: /s/ Beverly M. Russell
Kenneth L. Wainstein (D.C. Bar No. 451058)
United States Attorney

Rudolph Contreras (D.C. Bar No. 434122)
Assistant U.S. Attorney

Beverly M. Russell (D.C. Bar No. 454257)
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, DC 20530
(202) 307-0492/Fax (202) 514-8780
beverly.russell@doj.gov

*Counsel for the United States Postal Service*

**Certificate of Service**

I hereby certify that I have this day caused the following people to be served by electronic mail through the Court's electronic case filing system with a copy of the foregoing Joint Local Civil Rule 16.3 Statement.

    Beverly M. Russell
    beverly.russell@doj.gov

Hard copies will be sent via First Class Mail, postage prepaid to:

    Kenneth L. Wainstein
    United States Attorney
    Rudolph Contreras
    Assistant U.S. Attorney
    U.S. Attorney's Office, District of Columbia
    555 Fourth Street, N.W., Room E-4915
    Washington, DC 20530

Date:  September 6, 2006                                        /s/ Brenda C. Zwack
                                                                               Brenda C. Zwack