## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 06-CV-934 (RJL) ) ) ) ) ) |

## **SCHEDULING ORDER**

It is hereby ordered that the parties shall adhere to the following briefing schedule in the above captioned case:

1. On or before October 9, 2006, the plaintiff, American Postal Workers Union, AFL-CIO ("APWU") shall submit its initial dispositive motion.

2. The defendant, United States Postal Service ("USPS") shall file a response and any appropriate cross-motion on or before November 22, 2006.

3. If the APWU wishes to file a reply, it will be due on December 8, 2006.

SO ORDERED.

_____          _____
Date                                        RICHARD J. LEON
                                            United States District Judge

Copies to:

Brenda C. Zwack
O'Donnell, Schwartz & Anderson, P.C.
bzwack@odsalaw.com

Beverly J. Russell
United States Attorney's Office, Washington, D.C.
Beverly.russell@doj.gov