UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 06-00934 (RJL) ) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff American Postal Workers Union, AFL-CIO, moves for summary judgment. The United States Postal Service ("Postal Service") has not complied with Arbitrator Krebs' clear directive that the Postal Service return to the bargaining unit the timekeeping work that had previously been performed by the bargaining unit, but that it had reassigned to supervisors following the implementation of the Time and Attendance Collection System ("TACS"). The Postal Service did not take action to vacate the award and its non-compliance is not excused. The Court should therefore enforce Arbitrator Krebs' award. Attached hereto are a statement of material facts not in dispute, a memorandum of points and authorities in support of the plaintiff's motion with the attached declaration of Donald Curtis Matt and attached exhibits, and a proposed order.

Date: October 9, 2006        Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:      /s/: Brenda C. Zwack
   Brenda C. Zwack (DC Bar # 482673)
   1300 L Street, N.W., Suite 1200
   Washington, DC  20005
   (202) 898-1707/FAX (202) 682-9276
   bzwack@odsalaw.com