POSTMASTER
RENTON, WA


**UNITED STATES POSTAL SERVICE**

Date: February 17, 2006

Subject: Arbitration Settlement Agreement

To:

American Postal Workers Union

Regional# E00C-4E-C 02224433
Installation Renton WA
APWU Case # 200202

The undersigned mutually agree to the following arbitration settlement of the above referenced grievance. This agreement is without prejudice to the position of either party and is not precedent setting. This constitutes a final settlement of all remaining issues relating to this grievance.

In each Renton Station, Monday through Friday, a clerk will be assigned daily timekeeping duties as indicated below.

The assigned clerks will be provided with "read only" access to TACS for the purpose of running management reports to ensure management is advised of potential timekeeping issues regarding employees' pay.

The following remaining clerk timekeeping duties formerly performed by Ms. Burns will be reassigned to a clerk in each Renton Station as needed:

   a. Perform daily and weekly clock ring verification with notification to the appropriate supervisor if there is a need to make adjustments.

   b. Process, log, and file all hard copy 2240's (payroll adjustments) not otherwise processed by the supervisor in the Adjust Pay program.

   c. Print and distribute reports from TACS as requested by management.

   d. Verify and file all approved and disapproved timekeeping forms such as PS Forms 3971, 3189, 1723, etc.

Those EAS duties directly associated with the new TACS technology will NOT to be returned to the clerk craft. These duties include: online data entries, online error correction entries, online adjustments, etc. that are presently being entered directly into TACS by EAS employees.

_____
Michael S Hoover
Postmaster Renton WA

_____
American Postal Workers Union

EXHIBIT
C