CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Motion for Summary Judgment was sent by First Class Mail, postage prepaid, and by the Court's electronic case filing system to:

>Beverly M. Russell
>Assistant United States Attorney
>Office of the U.S. Attorney for the District of Columbia
>555 Fourth Street, N.W., Room E-4915
>Washington, DC 20530
>beverly.russell@usdoj.gov

October 10, 2006                       /s/ Brenda C. Zwack
                                       Brenda C. Zwack