UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil No. 02-0696 (RMU) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment and the entire record herein, it is this _____ day of _____, 200___, hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and Arbitrator Krebs' award is hereby **ENFORCED**. Defendant must comply with Arbitrator Krebs' order.

_____
United States District Court Judge

Copies to:

Brenda C. Zwack
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC  20005-4178

Beverly M. Russell
Assistant United States Attorney
Office of the U.S. Attorney for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, DC  20530