UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO,<br><br>   Plaintiff<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00934(RJL)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States Postal Service, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including December 20, 2006 to respond to Plaintiff's Motion for Summary Judgment.  The current deadline is Wednesday, November 22, 2006.  This is Defendant's first motion for an extension for this purpose.  Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein.  Defendant's reasons for seeking such relief are set forth below.

The agency attorneys assisting with this matter have been engaged in labor negotiations over the past few weeks and will be unable to provide input to the undersigned counsel for purposes of responding to Plaintiff's Motion by the current deadline.   Further, because of her own considerable work-related demands, the

undersigned counsel does not anticipate being able to work on Defendant's response until at earliest the second week of December. Accordingly, for these reasons, Defendant respectfully moves for an extension of time up to and including December 20, 2006 to respond to Plaintiff's Motion for Summary Judgment.

A proposed Order consistent with the relief requested herein accompanies this Motion.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /bmr
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /bmr
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Unopposed, First Motion for an Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System, this <u>20th</u> day of November, 2006 to:

Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney