UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 06-00934(RJL) ) |
| UNITED STATES POSTAL SERVICE, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S OPPOSED, SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States Postal Service, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including January 19, 2007 to respond to Plaintiff's Motion for Summary Judgment. The current deadline is Wednesday, December 20, 2006. This is Defendant's second motion for an extension for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff opposes the relief requested herein. Defendant's reasons for seeking such relief are set forth below.

The agency attorney assisting with this suit was engaged in labor negotiations which took longer than anticipated and further has been dealing with a personal concern. Thus, he has been unable to provide input to the undersigned counsel for purposes of responding to Plaintiff's Motion by the current deadline. The agency

attorney assured the undersigned counsel that he will be able to provide such input in sufficient time for Defendant to file his response in mid-January, and based on this assurance, Defendant moves for an extension of time up to and including January 19, 2007 to respond to Plaintiff's Motion for Summary Judgment.

A proposed Order consistent with the relief requested herein accompanies this Motion.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Opposed, Second Motion for an Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System, this <u>18th</u> day of December 2006 to:

Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney