UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 06-00934(RJL) ) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

ORDER

UPON CONSIDERATION of *Defendant's Opposed, Second Motion for an Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof*, and there being no opposition thereto, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including January 19, 2007 to respond to Plaintiff's Motion for Summary Judgment.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530