UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil Action No. 06-00934(RJL)<br>) |
| UNITED STATES POSTAL SERVICE, | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States Postal Service, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including January 19, 2007 to respond to Plaintiff's Motion for Summary Judgment. The current deadline is today, January 12, 2007. This is Defendant's third motion for an extension for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel but was unable to reach her. Accordingly, Defendant is unable to present Plaintiff's position on the relief requested herein but notes that Plaintiff opposed the previous extension sought by Defendant. Defendant's reasons for seeking such relief are set forth below.

The Agency provided information for Defendant's response to Plaintiff's Motion for Summary Judgment to the undersigned counsel assigned this case on Wednesday, January 10. The undersigned counsel had three deposition preparations

that day. Additionally, the undersigned counsel had a deposition yesterday, January 11, in the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), which took all day and two depositions, today, January 12, in the case, <u>Chambers v. U.S. Department of the Interior</u>, Civil Action No. 05-0380(JR), taking most of the day.

Accordingly, Defendant's counsel will be unable to finalize the response in this case in sufficient time for supervisory review and filing with the Court by the current deadline, today, January 12. Therefore, Defendant respectfully requests an extension up to and including Friday, January 19, 2007 to file its response to Plaintiff's Motion for Summary Judgment.

A proposed Order consistent with the relief requested herein accompanies this Motion.

                                           Respectfully Submitted,

                                           /s/ Jeffrey A. Taylor /bmr
                                           _____
                                           JEFFREY A. TAYLOR, D.C. BAR #498610
                                           United States Attorney

                                           /s/ Rudolph Contreras /bmr
                                           _____
                                           RUDOLPH CONTRERAS, D.C. BAR #434122
                                           Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Third Motion for an Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System, this 12th day of January, 2007 to:

Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney