UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-00934(RJL) |

ORDER

This matter having come before the Court on plaintiff's Motion for Summary Judgment, defendant's Cross-Motion for Summary Judgment, any opposition memoranda filed, and the entire record herein, it is hereby

ORDERED that plaintiff's Motion for Summary Judgment is DENIED; and it is further

ORDERED that defendant's Motion for Summary Judgment is GRANTED as defendant's actions comport with the Arbitrator's Award (Re <u>United States Postal Service and American Postal Workers Union, AFL-CIO</u>, USPS Case No. EOOC-4E-C 02224433, APWU Case No. 200202 (Krebs, Nov. 28 2005)) ; and it is further

ORDERED that this case is dismissed with prejudice;

SO ORDERED.

_____          _____
DATE                                           UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530