UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 06-00934(RJL)<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | |

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, the U.S. Postal Service, by and through its undersigned attorneys, opposes Plaintiff's Motion for Summary Judgment for those reasons set forth in the memorandum in support of Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment which was filed today, January 19, 2007.  See R. 14.  A proposed Order in support of Defendant's opposition was attached to Defendant's Cross Motion and Opposition. Id.

Respectfully submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257

Of counsel:  
H. Alexander Manuel  
United States Postal Service  

Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
555 Fourth St., N.W., Room E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Opposition to Plaintiff's Motion for Summary Judgment, was sent by the Court's Electronic Case Filing System to counsel for plaintiff as follows:

Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

on this 19th day of January, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney