UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, ) ) ) ) Plaintiff, ) ) v. ) Civil No. 06-00934 (RJL) ) UNITED STATES POSTAL SERVICE, ) ) Defendant. ) | |

### ORDER

Upon consideration of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Cross Motion for Summary Judgment and the entire record herein, it is this _____ day of _____, 2007, hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and Arbitrator Krebs' award is hereby **ENFORCED**.  Defendant must comply with Arbitrator Krebs' order.

_____
United States District Court Judge

Copies to:

Brenda C. Zwack
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC  20005-4178

Beverly M. Russell
Assistant United States Attorney
Office of the U.S. Attorney for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, DC  20530