UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 06-00934(RJL) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

ORDER

UPON CONSIDERATION of Defendant's Motion for Reconsideration of the Court's January 18, 2007 Minute Order Denying Defendant's Third Motion for Extension of Time and for an Order Nunc Pro Tunc Granting an Extension to January 19, 2007 for Defendant to File its Response to Plaintiff's Motion for Summary Judgment, and any response thereto, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant's January 18, 2007 Minute Order denying Defendant's Third Motion for Extension of Time is vacated; and it is

FURTHER ORDERED that Defendant's Motion for an Order nunc pro tunc granting Defendant an extension of time to January 19, 2007 to file its response to Plaintiff's Motion for Summary Judgment is granted;

SO ORDERED.

_____                    _____
DATE                                      UNITED STATES DISTRICT JUDGE

Copies to:
Lee W. Jackson, Esq.
Brenda C. Zwack, Esq.
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530