UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 06cv934 (RJL) ) |
| UNITED STATES POSTAL SERVICE | ) ) ) ) |
| Defendant. | ) |

## ORDER

In June 2002, the American Postal Workers Union, AFL-CIO filed a grievance protesting the United States Postal Service's ("USPS) reassignment of bargaining unit work to supervisors in violation of the National Collective Bargaining Agreement. The matter was ultimately referred to arbitration and on November 28, 2005, arbitrator Alan Krebs issued an award sustaining the grievance and ordering the United States Postal Service to "reassign the remaining timekeeping duties which had previously [been] performed by Ms. Burns and is now being performed by supervisors, back to the bargaining unit." Arbitration Award, p. 14.

In May 2006, plaintiff filed suit in this Court seeking enforcement of the arbitrator's award. Currently before the Court are the parties's cross-motions for summary judgment as to whether defendants have complied with Arbitrator Kreb's award.

1

Before the Court can determine whether defendant has complied with the arbitrator's award, however, it must be clear what duties the arbitrator ordered reassigned from USPS supervisors to the bargaining unit. That clarity, however, is lacking. Arbitrator Krebs declared that "the amount of bargaining work improperly assigned to supervisors is not evident", Arbitration Award, p. 14., and the parties clearly disagree as to what duties Ms. Burns performed, what duties were eliminated by the implementation of the TACS technology, and what remaining duties were assigned to supervisors. As a result, the Court cannot judge whether defendant is in compliance with the arbitrator's award.

Accordingly, it is this 21st day of June, 2007 hereby

**ORDERED** that this case is REMANDED to Arbitrator Alan Krebs for clarification as to what duties the United States Postal Service is ordered to reassign from its supervisors to the bargaining unit; and it is further

**ORDERED** that this matter is STAYED pending the arbitrator's decision.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge